## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Syamal v. Rush University Medical Center

Case Number: 1:25-cv-05146

An appearance is hereby filed by the undersigned as attorney for:

Mausumi Syamal, M.D.

Attorney name (type or print): Kimberly De Arcangelis, Esq.

Firm: Morgan & Morgan, P.A.

Street address: 20 N. Orange Avenue, 15th Floor

City/State/Zip: Orlando, Florida 32801

Bar ID Number: 0025871
(See item 3 in instructions)

Telephone Number: 407-420-1414

Email Address: kimd@forthepeople.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/9/2025

Attorney signature: S/ Kimberly De Arcangelis

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023